IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY ELLIOTT,

        Plaintiff,

vs.                                         Civ. No. 01-533 RLP/WWD ACE

CITY OF BELEN, et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

This matter comes before the Court following an *in camera* inspection by the Court pursuant to paragraph 2 of the Stipulated Order Regarding Plaintiff's Motion to Compel Answers to Interrogatories and Requests for Production I entered in this cause on January 29, 2002. Under the terms of that order, I conducted an *in camera* inspection of the personnel files of Defendants Sally Garley, city manager, and Mary Lucy Baca, human resources director, for the City of Belen.  Neither file contained information which I will require to be produced in connection with this lawsuit.

Discovery shall proceed in accordance with the foregoing.

Defendants shall promptly retrieve from my chambers the records which were submitted to me for an *in camera* inspection.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE